UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | )  Case No. 4:09CR62 CDP |
| NATHAN BARRY, | ) |
| Defendant. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that the defendant's motion to expedite [#30] is granted and the sentencing as to defendant **Nathan Barry** is reset to **Monday, June 22, 2009 at 11:00 a.m.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 18th day of June, 2009.